DANIEL G. BOGDEN
United States Attorney
PATRICK WALSH
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
Fax (702) 388-6698

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs | ) |
| | ) |
| PREMISES KNOWN AS | )     2:11-mj-0552-PAL |
| 5700 TURKEY LN, | ) |
| LAS VEGAS, NEVADA 89131 | ) |
| CITY OF LAS VEGAS | ) |
| COUNTY OF CLARK | ) |
| STATE OF NEVADA | ) |

## GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL AFFIDAVIT

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Patrick Walsh, Assistant United States Attorney, and moves this Court to unseal the Affidavit together with the Application, Return and the Court's Order for purposes of discovery in the above-captioned matter.

. . .

. . .

. . .

. . .

Unsealing is necessary to permit the Government to copy and distribute the above referenced documents to the defense.

DATED this 8 day of June, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

PATRICK WALSH
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs | ) |
| | ) |
| PREMISES KNOWN AS | )   2:11-mj-0552-PAL |
| 5700 TURKEY LN | ) |
| LAS VEGAS, NEVADA 89131 | ) |
| CITY OF LAS VEGAS | ) |
| COUNTY OF CLARK | ) |
| STATE OF NEVADA | ) |

Based on Government's Application for an Order to Unseal the Affidavit together with the Application, Return and the Court's Order issued in the above-captioned matter and good cause appearing, therefor

IT SO ORDERED that the Affidavit, the Application, Return and the Court's Order be unsealed.

DATED this ___14th___ day of June, 2012.

UNITED STATES MAGISTRATE JUDGE

3